IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
USDC CLERK, FLORENCE, SC
2017 FEB 21  AM 11: 13

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Misc No: 4:17 mj 42 McR, |
| vs. | ) |
| NETO AUDRIC DENNISON | ) |
| | ) **ORDER TO SEAL** |

The Government believes it is necessary to seal the entire above captioned case to include but not limited to the Complaint, Complaint Affidavit, Arrest Warrant, and Writ in order to avoid disruption of the Government's investigation.

Based on the foregoing, the court finds that the interest of justice is best served by filing the entire above captioned case including this Order under seal. It is therefore,

ORDERED that the entire above captioned case and this Order are filed under seal until further notified by this Court.

AND IT IS SO ORDERED.

_____
THOMAS E. ROGERS, III
U.S. MAGISTRATE JUDGE

Florence, SC

February 21, 2017